JaVonne M. Phillips, Esq., SBN 187474
Melissa Robbins, Esq., SBN 246723
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Petra Finance, LLC, its assignees and/or successors,
and its servicing agent Strategic Recovery dba Acqura Loan Services

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | ) Case No. 1:09-bk-13903-GM |
| Dean Bornstein, | ) Chapter 11 |
| Debtor(s). | ) STIPULATION FOR RELIEF FROM ) THE AUTOMATIC STAY |
| | ) NO HEARING REQUIRED |

Debtor Dean Bornstein ("Debtor") and Secured Creditor Petra Finance, LLC, its assignees and/or successors, and its servicing agent Strategic Recovery dba Acqura Loan Services ("Secured Creditor"), collectively referred to as the "Parties," by and through their respective counsel hereby agree and stipulated as follows:

1. This Stipulation affects the real property commonly known as: 24568 and 24570 Piuma Road, Malibu, California 90265 ("Property").

2. The automatic stay is immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with foreclosure and hold a trustee's sale of the subject Property, pursuant to applicable state law, and without further Court order.

3. The Debtor will vacate the Property and will turn over the keys to Secured Creditor on or before April 1, 2010. Debtor will leave the Property in broom-swept condition.

4. Debtor agrees that he will not challenge the validity or propriety of the foreclosure or trustee's sale. Debtor further agrees that if he fails to vacate the Property on April 1, 2010, Secured Creditor may institute unlawful detainer proceedings to evict him from the Property, and Debtor will not challenge or contest the unlawful detainer or any other eviction actions taken by Secured Creditor to gain possession of the Property.

5. In consideration of the above, Secured Creditor agrees to pay Debtor the sum of $15,000.00 on April 1, 2010, once Debtor has vacated the Property and Secured Creditor has confirmed the Property is left in broom-swept condition.

6. Secured Creditor will use its best efforts to correct any errors in information and remove any duplicative information that it has reported to any credit reporting bureau or agency, including but not limited to sending one or more correspondence requesting such removal and providing copies of such correspondence to Debtor.

7. Secured Creditor will not object to confirmation of Debtor's Chapter 11 plan. Secured Creditor understands that it will be an impaired creditor and consents to such impaired treatment through Debtor's Chapter 11 plan, so long as such treatment is in conformance with the terms of this Stipulation for Relief from the Automatic Stay.

8. Debtor withdraws his proposal to convert the Property into a rehabilitation clinic, and he further agrees that the Property is not necessary for reorganization of the bankruptcy estate.

9. This stipulation shall be binding and effective despite any conversion of this case to another chapter under the Bankruptcy Code.

**IT IS SO STIPULATED.**

DATED: 2/18/10

_/s/ Melissa Robbins_
Melissa Robbins, Esq.
McCarthy & Holthus, LLP
Attorney for Secured Creditor

DATED: 2/18/10

_/s/ Gerald Wolfe_
Gerald Wolfe, Esq.
Law Office of Gerald Wolfe
Attorney for Debtor