JaVonne M. Phillips, Esq., SBN 187474
Melissa Robbins, Esq., SBN 246723
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Petra Finance, LLC, its assignees and/or successors,
and its servicing agent Strategic Recovery dba Acqura Loan Services

FILED & ENTERED

FEB 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

Dean Bornstein,

Debtor(s).

) Case No. 1:09-bk-13903-GM
)
) Chapter 11
)
)
) **ORDER APPROVING STIPULATION**
) **FOR RELIEF FROM THE AUTOMATIC**
) **STAY**
)
)
)
)
)
)
)
)
)

Having considered the Stipulation for Relief from the Automatic Stay filed by Debtor Dean Bornstein ("Debtor") and Secured Creditor Petra Finance, LLC, its assignees and/or successors, and its servicing agent Strategic Recovery dba Acqura Loan Services ("Secured Creditor"), collectively referred to as the "Parties," the Court hereby ORDERS the following.

1. The automatic stay is immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with foreclosure and hold a trustee's sale of the real property commonly known as: 24568 and 24570 Piuma Road, Malibu, California 90265

("Property"), pursuant to applicable state law, and without further Court order. Debtor will not challenge the validity or propriety of the foreclosure or trustee's sale.

2. The Debtor will vacate the Property and will turn over the keys to Secured Creditor on or before April 1, 2010. Debtor will leave the Property in broom-swept condition.

3. If Debtor fails to vacate the Property on April 1, 2010, Secured Creditor may institute unlawful detainer proceedings to evict him from the Property, and Debtor will not challenge or contest the unlawful detainer or any other eviction actions taken by Secured Creditor to gain possession of the Property.

4. In consideration of the above, Secured Creditor will pay Debtor the sum of $15,000.00 on April 1, 2010, once Debtor has vacated the Property and Secured Creditor has confirmed the Property is left in broom-swept condition.

5. Secured Creditor will use its best efforts to correct any errors in information and remove any duplicative information that it has reported to any credit reporting bureau or agency.

6. Secured Creditor will not object to confirmation of Debtor's Chapter 11 plan. Secured Creditor understands that it will be an impaired creditor and consents to such impaired treatment through Debtor's Chapter 11 plan, so long as such treatment is in conformance with the terms of this Stipulation for Relief from the Automatic Stay.

7. Debtor withdraws his proposal to convert the Property into a rehabilitation clinic, and he further agrees that the Property is not necessary for reorganization of the bankruptcy estate.

8.  This Order shall be binding and effective despite any conversion of this case to another chapter under the Bankruptcy Code.

**IT IS SO ORDERED.**

###

DATED: February 24, 2010

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

The foregoing document described **ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE          COUNSEL FOR DEBTOR                COUNSEL FOR US TRUSTEE
ustpregion16.wh.ecf@usdoj.gov   gerald@mortgagelawgroup.com       margaux.ross@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

DEBTOR - Dean Bornstein 24568 Piuma Rd, Malibu, CA 90265
PETITIONING CREDITOR – Joseph R Cellura 6216 Tapia Dr, #A, Malibu, CA 90265
COUNSEL FOR PETITIONING CREDITOR – Simon J Dunstan 21650 Oxnard St, Ste 1960, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2010 | Robert Nguyen | /s/ Robert Nguyen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December  2009*                                                                                              **F 4001-10.RP.**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____February 19, 2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

US TRUSTEE  
ustpregion16.wh.ecf@usdoj.gov

Gerald Wolfe  
gerald@mortgagelawgroup.com

McCarthy & Holthus, LLP  
bknotice@mccarthyholthus.com

S Margaux Ross  
Margaux.ross@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR -** Dean Bornstein   24568 Piuma Rd Malibu, CA 90265

**ATTORNEY FOR DEBTOR** - Gerald Wolfe  26895 Aliso Creek Rd Ste B-573   Aliso Viejo, CA 92656

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP.**